

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

| | |
|---|---|
| Defendant: | **General Power Limited Inc.** |
| Bankruptcy Case: | **Fieldwood Energy LLC** |
| Preference Period: | **May 5, 2020 - Aug 3, 2020** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:7/8/2020 | $93,256.40 | 7/8/2020 | 45041E | 7/2/2020 | $61,557.20 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:7/8/2020 | $93,256.40 | 7/8/2020 | 44931G | 7/2/2020 | $31,699.20 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:7/24/2020 | $246,228.80 | 7/24/2020 | 45041G | 7/21/2020 | $246,228.80 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:7/16/2020 | $123,114.40 | 7/16/2020 | 45041F | 7/13/2020 | $123,114.40 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/16/2020 | $154,813.60 | 6/16/2020 | 45041D | 6/10/2020 | $154,813.60 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/1/2020 | $123,114.40 | 6/1/2020 | 45041C | 6/1/2020 | $123,114.40 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/15/2020 | $186,512.80 | 5/15/2020 | 45041B | 5/15/2020 | $186,512.80 |

**Totals:**    **6 transfer(s),**    **$927,040.40**